UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE:

**KARENE A. SUTHERLAND**  Case No.: 15-22232
Chapter 13

Debtor.

### NOTICE OF CONTINUED SECTION 341 MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the initial section 341 meeting of creditors for the above-captioned case has been CONTINUED to **DECEMBER 17, 2015** at **12:30 p.m.** The meeting will be conducted at the Office of the United States Trustee, 6305 Ivy Lane, 6th Floor, Greenbelt, Maryland 20770.

I HEREBY CERTIFY that on this 8th day of December, 2015, I served a copy of the foregoing by first class mail, postage prepaid, to: Timothy P. Branigan, Esquire, Chapter 13 Trustee, P.O. Box 1902, Laurel, Maryland 20725; The Office of The United States Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770; and to all those interested persons listed on the attached mailing matrix.

/s/ Kimberly D. Marshall
Kimberly D. Marshall
603 Post Office Road
Suite 209
Waldorf, MD 20602
(301) 893-2311
Somdbankruptcy@aol.com